**WOLIN & WOLIN**
Attorneys at Law
420 Jericho Turnpike - Suite 215
Jericho, New York 11753
Telephone: (516) 938-1199
Facsimile: (516) 938-1178
E-Mail: wolinlaw@aol.com

Jerold Wolin
Alan E. Wolin

December 3, 2019

*Via ECF*

Honorable Deborah A. Batts
United States District Judge
United States District Court
500 Pearl Street, Room 2510
New York, NY 10007

    Re:    *Figueroa v. Kelly, 17 Civ. 4249 (DAB)*

Dear Judge Batts:

    This office represents the plaintiff, Richard Figueroa, in the above referenced action.

    With the consent of defense counsel, I respectfully request an adjournment of the Status Conference scheduled for Thursday, December 5, 2019 at 11:00 a.m.. This request is made due to the fact that I have had an unexpected personal matter arise which I must attend to on Thursday. This is the second request for an adjournment of the conference.

    With respect to rescheduling, it is respectfully requested that the Court reschedule the conference for either prior to February 4, 2020 or after February 21, 2020.

    Thank you for your time and attention to this matter.

                                                                    Respectfully yours,

                                                                    Alan E. Wolin

cc:    AUSA Natasha Waglow Teleanu

[Handwritten annotations: "Granted DAB 12/4/19"; "Court will later reschedule. DAB 12/4/19"]

**SO ORDERED**

*Deborah A. Batts*  12/4/19
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE