UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
Richard Figueroa

                    Plaintiff


    - v -                                    17 Cv. 4249 (DAB)
                                                  ORDER


John F. Kelly

                    Defendant
-----------------------------------X
DEBORAH A. BATTS, United States District Judge.


        The Status Conference in the above captioned case that was

scheduled for Thursday, December 5, 2019 at 11:00 AM is

rescheduled to Thursday, May 21, 2020 at 11:00 AM.



SO ORDERED

DATED:     New York, New York
           December 4, 2019




                                    _____
                                         Deborah A. Batts
                                    United States District Judge